# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EARL MOTSCHENBACHER,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV640 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Stay Further Proceedings (Filing No. 11). The parties state this action is part of a group of cases that are involved in multi-district litigation. The parties contend this is matter is likely to be transferred to the multi-district litigation proceeding as In re Asbestos Products Liability Litigation (No. VI), docket no. 875. Accordingly, the parties seek a stay of all deadlines pending transfer of this case. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion to Stay Further Proceedings (Filing No. 11) is granted.

2. All proceedings in this matter are stayed until further order of the court or transfer to the multi-district litigation docket.

DATED this 4th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge